447 A.2d 647

Commonwealth v. Gray, Appellant.

Submitted December 5,

1980. Robert Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.